No. 1245. MASTRO PLASTICS CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Bernard H. Fitzpatrick* and *Thomas J. Sheehan, Jr.,* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *William J. Avrutis* for respondent.

No. 1248. SCHROEDER ET UX. *v.* ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied. *William R. Ming, Jr.,* for petitioners. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *John J. O'Toole,* Assistant Attorneys General, for respondent State of Illinois; *Albert E. Jenner, Jr., Philip W. Tone* and *Albert J. Horrell* for respondents Trustees of Schools of Township 42 North et al.

No. 1255. WATERMAN STEAMSHIP CORP. *v.* ATLANTIC & GULF STEVEDORES, INC. C. A. 5th Cir. Certiorari denied. *John W. Sims* for petitioner. *Eberhard P. Deutsch* for respondent.

No. 1306. MANNIS *v.* ARKANSAS EX REL. DEWITT SCHOOL DISTRICT No. 1. Sup. Ct. Ark. Certiorari denied. *James L. Sloan* for petitioner.

No. 753, Misc. WRIGHT *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1278. CAROL MUSIC, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and the judgment reversed. *Monroe Oppenheimer* for petitioner. *Solicitor General Marshall* and *Henry Geller* for respondent.